IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD LANCASTER,** | : | |
|     Petitioner | : | |
| | : | No. 1:23-cv-00869 |
|     v. | : | |
| | : | (Judge Rambo) |
| **WARDEN OF LACKAWANNA** | : | |
| **COUNTY PRISON, et al.,** | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, on this 13th day of March 2024, upon consideration of pro se Petitioner Todd Lancaster ("Petitioner")'s petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 ("Section 2254") (Doc. No. 1), and the parties' pending motions concerning Petitioner's Section 2254 petition (Doc. Nos. 10, 14), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Respondents' motion to dismiss Petitioner's Section 2254 petition as untimely (Doc. No. 10) is **GRANTED** as to criminal docket CP-35-CR-001722-2012;

2. Petitioner's Section 2254 petition (Doc. No. 1) is **DISMISSED** as untimely with respect to only criminal docket CP-35-CR-001722-2012;

3. The Court's dismissal is without prejudice to Petitioner filing an amended Section 2254 petition challenging his remaining criminal dockets referenced in the above-captioned action (CP-35-CR-0001518-2012, CP-35-CR-0002359-2012, and CP-35-CR-0000067-2013);

4. Any amended Section 2254 petition shall be filed by Petitioner on or before **April 12, 2024**;

2

5. Petitioner's motion to grant his Section 2254 petition (Doc. No. 14) is **DISMISSED as moot**;

6. A certificate of appealability **SHALL NOT ISSUE** as to the Court's procedural ruling on criminal docket CP-35-CR-001722-2012;

7. The Clerk of Court is directed to **CLOSE** this case; and

8. Upon the filing of any amended Section 2254 petition regarding Petitioner's remaining criminal dockets (CP-35-CR-0001518-2012, CP-35-CR-0002359-2012, and CP-35-CR-0000067-2013), the Court will reopen the above-captioned action.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
